NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HENRY ANTAWON FLORENCE,       )
                              )
         Appellant,           )
                              )
v.                            )        Case No. 2D17-3282
                              )
STATE OF FLORIDA,             )
                              )
         Appellee.            )
_____)


Opinion filed June 8, 2018.

Appeal from the Circuit Court for Collier
County; Christine Greider, Judge.

Howard L. Dimmig, II, Public Defender,
and Pamela H. Izakowitz, Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT and LUCAS, JJ., and CASE, JAMES, ASSOCIATE SENIOR JUDGE,
Concur.